COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Lawrence Edward Thompson v. The State of Texas

Appellate case number:   01-21-00705-CR

Trial court case number:   1703989 & 1703989A

Trial court:                  228th District Court of Harris County

The trial court clerk is **ORDERED** to file a supplemental clerk's record containing the following:

(1) Judgment dated April 13, 2021 in trial court cause number 1703989 (image no. 95289678) and

(2) Application for a Writ of Habeas Corpus Seeking Relief from Final Felony Conviction Under Code of Criminal Procedure Article 11.07 dated September 21, 2021 in trial court cause number 1703989A (image no. 98016738).

*See* TEX. R. APP. P. 34.5(c)(1). The supplemental clerk's record shall be filed in this Court within 15 days of this order.

It is so **ORDERED**.

Judge's signature: _____/s/ Sherry Radack_____

              ☒ Acting individually    ☐ Acting for the Court

Date: \_\_\_March 8, 2022_____